AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ Southern _____ District of _____ New York _____

GINA SOCKOLOW, Plaintiff

V.

THE BUCKINGHAM RESEARCH GROUP,
INCORPORATED , Defendant

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 6120**

JUDGE SCHEINDLIN

TO: (Name and address of Defendant)

The Buckingham Research Group, Incorporated
750 Third Avenue, 6th Floor
New York, New York 10017-2715

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Hoffinger Stern & Ross, LLP
150 East 58th Street - 19th Floor
New York, New York 10155
Attention: Philip S. Ross, Esq.

an answer to the complaint which is served on you with this summons, within _____ twenty (20) _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    JUN 2 9 2007

CLERK                                                                DATE

(By) DEPUTY CLERK

AO 440  (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                        Date                                    *Signature of Server*

                                        _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT/ SOUTHERN DISTRICT OF N.Y. Case Index No. 07-CIV-6120

GINA SOCKOLOW

*Plaintiff(s)* ~~Petitioner(s)~~

against

THE BUCKINGHAM RESEARCH GROUP, INC    *Defendant(s)* ~~Respondent(s)~~

Queens    COUNTY, NEW YORK STATE:    ERNEST A. TERLIZZI    being sworn,

| | | Calendar No. |
|---|---|---|
| | | AFFIDAVIT OF SERVICE |

says: Deponent is not a party herein, is over 18 years of age and resides at BROOKLYN N.Y.

On JULY 3, 2007 at 10:15 A.M., at 750 THIRD AVE NEWYORK NEWYORK 10017

deponent served the within ☐ summons    ☐ with notice

☒ summons and complaint

☐ notice of petition and petition

☐ subpoena    ☐ subpoena duces tecum

☐ summons, Spanish summons and complaint, the language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of the summons(es)

☐ citation

on THE BUCKINGHAM RESEARCH GROUP, INC.

☒ defendant    (hereinafter
☐ respondent    called    ☐ therein named
☐ witness    ☐ the recipient)

**INDIVIDUAL** ☐ by delivering a true copy *of each* to said recipient personally; deponent knew the person so served to be the person described as said recipient therein.

**CORPORATION a** ☒ corporation, by delivering thereat a true copy *of each* to LOYDDE KARP personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be SN. V.P. thereof

**SUITABLE AGE PERSON** ☐ by delivering thereat a true copy *of each* to age and discretion. Said premises is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state. a person of suitable

**AFFIXING TO DOOR, ETC.** ☐ by affixing a true copy *of each* to the door of said premises, which is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there

Deponent talked to    at said premises who stated that recipient ☐ lived ☐ worked there.

**MAILING TO RESIDENCE USE WITH 1 OR 4 SA** Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipient's last known residence, at and deposited said envelope in an official depository under exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 1 OR 4 ID** Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to recipient at in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient.

**DESCRIPTION** ☒

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ Male | ☒ White Skin | ☒ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☐ Black Skin | ☐ Brown Hair | ☒ Balding | ☐ 21-35 Yrs. | ☐ 5'1"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☐ 36-50 Yrs. | ☐ 5'4"-5'8" | ☐ 131-160 Lbs. |
| | ☐ Brown Skin | ☒ Gray Hair | ☐ Beard | ☒ 51-65 Yrs. | ☒ 5'9"-6'0" | ☒ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☒ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

**WITNESS FEES** the authorizing traveling expenses and one days' witness fee: ☐ was paid (tendered) to the recipient ☐ was mailed to the witness with subpoena copy.

**MILITARY SERVICE** I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatsoever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

ARTHUR C. GRIX
NOTARY PUBLIC, State of New York
No. 01GR4923694
Qualified in Queens County
Commission Expires September 30, 20__

7/9/07

Sworn to before me on

Ernest A. Terlizzi

License No. 916067