```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

GINA SOCKOLOW,

           Plaintiff,

vs.

THE BUCKINGHAM RESEARCH GROUP
INCORPORATED,

           Defendant.
------------------------------------X

Index No. 07 CIV 6120 (SAS)

**STIPULATION EXTENDING TIME TO ANSWER**

    IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for the respective parties hereto, that the time for Defendant The Buckingham Research Group Incorporated to appear, answer, move, or otherwise respond to Plaintiff's Complaint, shall be extended to and include August 13, 2007.

Dated: July 18, 2007
       New York, New York

HOFFINGER STERN & ROSS, LLP

By: _____
Philip S. Ross (PSR-0867)
150 East 58th Street, 19th Floor
New York, NY 10155
212.421.4000
Attorneys for Plaintiff

PROSKAUER ROSE LLP

BY: _____
Katharine H. Parker (KHP-7669)
1585 Broadway
New York, NY 10036
212.969.3009
Attorneys for Defendant

SO ORDERED:

_____
U.S.D.J.

7/19/07
DATE