AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

_SOUTHERN_ DISTRICT OF _NEW YORK_

GINA SOCKOLOW,
     Plaintiff,

vs.

THE BUCKINGHAM RESEARCH GROUP INCORPORATED,
     Defendant.

**APPEARANCE**

Case Number: 07 CIV 6120 (SAS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for THE BUCKINGHAM RESEARCH GROUP INCORPORATED.

I certify that I am admitted to practice in this court.

7/25/2007
Date

_[Signature]_
Signature

KATHARINE H. PARKER     KHP-7669
Print Name              Bar Number

1585 BROADWAY
Address

NEW YORK      NY      10036
City          State   Zip Code

(212) 969-3000          (212) 969-2900
Phone Number            Fax Number