PROSKAUER ROSE LLP
Katharine H. Parker (KHP-7669)
1585 Broadway
New York, NY 10036
(212)969-3009
Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

GINA SOCKOLOW,

            Plaintiff,

vs.

THE BUCKINGHAM RESEARCH GROUP
INCORPORATED,

           Defendant.
------------------------------------X

Index No. 07 CIV 6120 (SAS) (ECF)

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Buckingham Research Group Incorporated, by and through its attorneys of record, certifies (1) that it has no parent corporation, and (2) that no publicly held company owns 10% or more of its stock.

Dated:   New York, New York
          August 13, 2007

                                            PROSKAUER ROSE LLP

                                            By: _____
                                                Katharine H. Parker (KHP-7669)
                                                1585 Broadway
                                                New York, New York 10036-8299
                                                Phone (212) 969-3009
                                                *Attorneys for Defendant*