AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN _____    DISTRICT OF    NEW YORK _____

GINA SOCKOLOW,

Plaintiff,

vs.

THE BUCKINGHAM RESEARCH GROUP
INCORPORATED,

Defendant.

**APPEARANCE**

Case Number: 07  CIV 6120 (SAS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  THE BUCKINGHAM RESEARCH
GROUP INCORPORATED.

I certify that I am admitted to practice in this court.

8/22/2007
Date

Signature

ANDREW E. RICE
Print Name

AR-0923
Bar Number

1585 BROADWAY
Address

NEW YORK
City

NY
State

10036
Zip Code

(212) 969-3000
Phone Number

(212) 969-2900
Fax Number