UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
----------------------------------- X

GINA SOCKOLOW,

       Plaintiff,

vs.

THE BUCKINGHAM RESEARCH GROUP INCORPORATED,

       Defendant.

Index No. 07 CIV 6120 (SAS)

**STIPULATION AND ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/07

RECEIVED
CHAMBERS OF
AUG 24 2007
JUDGE SCHEINDLIN

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel, and subject to the approval of the Court, that:

1. Plaintiff hereby withdraws Claims Four and Five of the Complaint.

2. Plaintiff may seek to arbitrate the withdrawn claims pursuant to the agreement contained in Plaintiff's Form U-4.

3. The Parties hereto reserve all rights and defenses.

Respectfully submitted,

| HOFFINGER STERN & ROSS, LLP<br>Attorneys for Plaintiff<br><br>By: _____<br>Philip S. Ross (PSR-0867)<br>For the Firm | PROSKAUER ROSE LLP<br>Attorneys for Defendants<br><br>By: _____<br>Katharine H. Parker (KHP-7669)<br>Andrew E. Rice (AR-0923)<br>For the Firm |

Dated: August 22, 2007      Dated: August 23, 2007

SO ORDERED, this 24 day of August, 2007.

_____
HON. SHIRA A. SCHEINDLIN
U.S.D.J.