UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GINA SOCKOLOW,                                  :

          Plaintiff,                         :        ORDER

      -against-                                  :        07 Civ. 6120 (SAS)(KNF)

THE BUCKINGHAM RESEARCH GROUP, INC.,   :

          Defendant.                         :
------------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that a settlement conference shall be held in the above-captioned action on February 5, 2008, at 2:00 p.m. The settlement conference will be conducted in courtroom 20A, 500 Pearl Street, New York, New York. The parties are directed to review and comply with the Settlement Procedures under which the conference will be conducted, which may be accessed on the court's website at: www1.nysd.uscourts.gov/judge_info.php?id=63. Should the parties resolve the litigation prior to the settlement conference, they shall notify the Court, expeditiously.

Dated: New York, New York
       August 28, 2007                           SO ORDERED:

                                                        KEVIN NATHANIEL FOX
                                                        UNITED STATES MAGISTRATE JUDGE