Scheindlin, J

**Exhibit A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------- x

GINA SOCKOLOW,

       Plaintiff,  : 07 Civ. 6120 (SAS)

   v.       : **STIPULATION AND ORDER**
            **OF DISMISSAL**
THE BUCKINGHAM RESEARCH GROUP
INCORPORATED,

       Defendant.

-------------------------------- x

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 1/15/08

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned Counsel for the parties herein that all claims presented in the Complaint shall be dismissed with prejudice and without costs as to all parties pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: New York, New York
   January 10, 2008

HOFFINGER STERN & ROSS, LLP    PROSKAUER ROSE LLP

By: _____  By _____
  Philip S. Ross          Katharine H. Parker
  Attorneys for Plaintiff       Attorneys for Defendant
  150 East 58th Street, 19th Floor    1585 Broadway
  New York, New York 10155     New York, New York 10036
  (212) 421-4000         (212) 969-3009
  pross@hsrlaw.com        kparker@proskauer.com

SO ORDERED:
_____
  U.S.D.J.

Dated: Jan. 15, 2008